UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Facsimile Number (201) 871-3161
Attorneys for Debtor
By: Cassandra Norgaard, Esq. - (CN-8365)

In Re:

Fortunato Aguirre and
Angela Huestipa

Order Filed on July 16, 2019 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 18-30231

Chapter: 13

Judge: JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 16, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 16, 2018__ :

Property:       47A 64th Street, West New York, NJ 07093

Creditor:       BSI Financial Services

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by _____the Debtors_____, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____September 30, 2019_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2