| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK DIVISION<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Facsimile No. (201) 871-3161<br>Attorneys for the Debtors<br>Cassandra Norgaard, Esq. – CN 8365 | **Order Filed on October 1, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>FORTUNATO AGUIRRE and ANGELA HUESTIPA,<br><br>Debtor. | Case No.: 18-30231 (JKS)<br><br>Hearing Date: 9/27/19 @ 10:00am<br><br>Judge: John K. Sherwood |

**ORDER APPROVING SALE OF BUSINESS *NUNC PRO TUNC***

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 1, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

**In Re: Fortunato Aguirre and Angela Huestipa**
**Case No.: 18-30231 (JKS)**
**Caption: ORDER APPROVING SALE,** *NUNC PRO TUNC*

THIS MATTER having been opened before the Court by Debtors Fortunato Aguirre and Angela Huestipa, by and through their attorneys, Norgaard, O'Boyle & Hannon, for an Order Approving the Sale of the Debtors' Business *Nunc Pro Tunc*; and for good cause shown;

IT IS **ORDERED**, that:

1. The sale of the Debtors' Business, Fonda Mexicana, including the transfer of the commercial lease, is approved on the terms of the Agreement attached as **Exhibit A** to the Debtor's Certification ("Agreement").

2. This Order shall be applicable *nunc pro tunc* to the date of the aforementioned Agreement, June 1, 2019, notwithstanding Bankruptcy Rules 6004(h) and 6006(d).

2