| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>NEWARK DIVISION<br><br>NORGAARD, O'BOYLE & HANNON<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone No. (201) 871-1333<br>Facsimile No. (201) 871-3161<br>Attorneys for the Debtors<br>Cassandra Norgaard, Esq. – CN 8365 | **Order Filed on October 1, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>FORTUNATO AGUIRRE and ANGELA HUESTIPA,<br><br>Debtor. | Case No.: 18-30231 (JKS)<br><br>Hearing Date: 9/27/19 @ 10:00am<br><br>Judge: John K. Sherwood |

**ORDER APPROVING SALE OF BUSINESS *NUNC PRO TUNC***

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: October 1, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

1

**In Re: Fortunato Aguirre and Angela Huestipa**
**Case No.: 18-30231 (JKS)**
**Caption: ORDER APPROVING SALE, *NUNC PRO TUNC***

THIS MATTER having been opened before the Court by Debtors Fortunato Aguirre and Angela Huestipa, by and through their attorneys, Norgaard, O'Boyle & Hannon, for an Order Approving the Sale of the Debtors' Business *Nunc Pro Tunc*; and for good cause shown;

IT IS **ORDERED**, that:

1. The sale of the Debtors' Business, Fonda Mexicana, including the transfer of the commercial lease, is approved on the terms of the Agreement attached as **Exhibit A** to the Debtor's Certification ("Agreement").

2. This Order shall be applicable *nunc pro tunc* to the date of the aforementioned Agreement, June 1, 2019, notwithstanding Bankruptcy Rules 6004(h) and 6006(d).

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-30231-JKS
Fortunato Aguirre                                                                         Chapter 13
Angela Huestipa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin              Page 1 of 1              Date Rcvd: Oct 03, 2019
                            Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 05, 2019.
db/jdb         +Fortunato Aguirre,    Angela Huestipa,   305 Madison Ave,   Apt 2,   Bridgeport, CT 06604-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 05, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 3, 2019 at the address(es) listed below:
              Cassandra C. Norgaard    on behalf of Joint Debtor Angela  Huestipa cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Debtor Fortunato  Aguirre cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jaclynn McDonnell    on behalf of Debtor Fortunato  Aguirre jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jaclynn McDonnell    on behalf of Joint Debtor Angela  Huestipa jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,    mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation, as servicer for U.S. Bank
               Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor   HMC Assets, LLC, et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 14