| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>_____<br><br>NORGAARD O'BOYLE<br>184 Grand Avenue<br>Englewood, New Jersey 07631<br>Telephone Number (201) 871-1333<br>Facsimile Number (201) 871-3161<br>Attorneys for Debtor<br>~~By: Cassandra Norgaard, Esq. - (CN-8365)~~<br>In Re:<br><br>Fortunato Aguirre and<br>Angela Huestipa | Order Filed on October 20, 2019<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.:    18-30231<br><br>Chapter:        13<br><br>Judge:          JKS |

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: October 20, 2019**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on __November 16, 2018__ :

Property: 47A 64th Street, West New York, NJ 07093

Creditor: SN Servicing Corporation, transferred from BSI Financial Services

and a Request for

- ☒ Extension of the 90 day Loss Mitigation Period having been filed by __the Debtors__, and for good cause shown

- ❑ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including __December 30, 2019__ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-30231-JKS
Fortunato Aguirre                                                               Chapter 13
Angela Huestipa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Oct 21, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db/jdb          +Fortunato Aguirre,   Angela Huestipa,   305 Madison Ave,   Apt 2,   Bridgeport, CT 06604-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                  TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
              Cassandra C. Norgaard    on behalf of Joint Debtor Angela  Huestipa cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Cassandra C. Norgaard    on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jaclynn McDonnell    on behalf of Debtor Fortunato  Aguirre jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jaclynn McDonnell    on behalf of Joint Debtor Angela  Huestipa jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jill Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
              Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
               Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marie-Ann Greenberg    magecf@magtrustee.com
              Nicholas V. Rogers    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
               nj.bkecf@fedphe.com
              Steven P. Kelly    on behalf of Creditor    HMC Assets, LLC, et al skelly@sterneisenberg.com,
               bkecf@sterneisenberg.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 14