| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>49623<br>MORTON & CRAIG, LLC<br>110 Marter Avenue<br>Suite 301<br>Moorestown, NJ 08057<br>Attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC<br>JM-5630 | **Order Filed on December 19, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br>FORTUNATO AGUIRRE<br>ANGELA HUESTIPA | Case No.: 18-30231 (JKS)<br>Adv. No.:<br>Hearing Date: 12-12-2019<br>Judge: John K. Sherwood |

**ORDER PERMITTING FORD MOTOR CREDIT COMPANY LLC, SERVICER FOR CAB EAST LLC TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE**

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:   Fortunato Aguirre and Angela Huestipa  /  49623

Case No:  18-30231 (JKS)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for excess mileage, unpaid lease payments and excess wear and use totaling $6,075.52.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.