UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

49623
MORTON & CRAIG, LLC
110 Marter Avenue
Suite 301
Moorestown, NJ 08057
Attorney for Ford Motor Credit Company LLC, servicer for CAB EAST LLC
JM-5630

Order Filed on December 19, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
FORTUNATO AGUIRRE
ANGELA HUESTIPA

Case No.: 18-30231 (JKS)
Adv. No.:

Hearing Date: 12-12-2019

Judge: John K. Sherwood

# ORDER PERMITTING FORD MOTOR CREDIT COMPANY LLC, SERVICER FOR CAB EAST LLC TO FILE AN ADMINISTRATIVE CLAIM AND DIRECTING TRUSTEE TO PAY THE CLAIM AS AN ADMINISTRATIVE PRIORITY EXPENSE

The relief set forth on the following page, numbered two (2) is hereby **ORDERED**.

**DATED: December 19, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor:  Fortunato Aguirre and Angela Huestipa  /  49623

Case No:  18-30231 (JKS)

Order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense

Upon consideration of the motion of Ford Motor Credit Company LLC, servicer for CAB EAST LLC for an order permitting Ford Motor Credit Company LLC, servicer for CAB EAST LLC to file an administrative claim and for an order directing the trustee to pay the claim as an administrative priority expense, and good cause appearing therefore, it is hereby

**ORDERED:**

1. That Ford Motor Credit Company LLC, servicer for CAB EAST LLC is permitted to file an administrative claim for excess mileage, unpaid lease payments and excess wear and use totaling $6,075.52.

2. The trustee is hereby ordered to pay the claim as an administrative priority expense.

United States Bankruptcy Court
District of New Jersey

In re:  
Fortunato Aguirre  
Angela Huestipa  
      Debtors

Case No. 18-30231-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Dec 19, 2019  
                        Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 21, 2019.  
db/jdb        +Fortunato Aguirre,    Angela Huestipa,    305 Madison Ave,    Apt 2,    Bridgeport, CT 06604-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                     TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 21, 2019                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 19, 2019 at the address(es) listed below:

         Cassandra C. Norgaard    on behalf of Joint Debtor Angela  Huestipa cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
         Cassandra C. Norgaard    on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
         Denise E. Carlon    on behalf of Creditor   Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com  
         Jaclynn McDonnell    on behalf of Debtor Fortunato  Aguirre jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
         Jaclynn McDonnell    on behalf of Joint Debtor Angela  Huestipa jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
         Jill Manzo    on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
           TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13
           bankruptcy@feinsuch.com  
         John R. Morton, Jr.    on behalf of Creditor   Ford Motor Credit Company, LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,  mortoncraigecf@gmail.com  
         Jonathan C. Schwalb    on behalf of Creditor   SN Servicing Corporation, as servicer for U.S. Bank
           Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com  
         Kevin Gordon McDonald    on behalf of Creditor   Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com  
         Marie-Ann Greenberg    magecf@magtrustee.com  
         Nicholas V. Rogers    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Robert Davidow    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
         Sherri Jennifer Smith    on behalf of Creditor   DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com  
         Steven P. Kelly    on behalf of Creditor   HMC Assets, LLC, et al skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com  
         U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                       TOTAL: 15