UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

NORGAARD O'BOYLE
184 Grand Avenue
Englewood, New Jersey 07631
Telephone Number (201) 871-1333
Attorneys for Debtor
By: Cassandra Norgaard, Esq. - (CN-8365)

In Re:

Fortunato Aguirre and
Angela Huestipa

Order Filed on January 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-30231

Chapter:  13

Judge:  JKS

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: January 15, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on  November 16, 2018   :

Property:   47A 64th Street, West New York, NJ 07093

Creditor:   SN Servicing Corporation, transferred from BSI Financial Services

and a Request for

☒ Extension of the Loss Mitigation Period having been filed by  the Debtors  , and for good cause shown,

☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown,

It is hereby ORDERED that,

☒ The Loss Mitigation Period is extended up to and including  July 30, 2020 .

☐ The Loss Mitigation Period is terminated, effective _____.

And it is further ORDERED that,

If this case is dismissed during the loss mitigation period, loss mitigation is terminated effective on the date of the order of dismissal.

*rev.12/17/19*

2