Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fortunato Aguirre
dba LaFonda Restaurant, Inc.
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Angela Huestipa
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Social Security No.:
 xxx−xx−1832                                                                       xxx−xx−3870

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:       7/9/20
Time:       10:00 AM
Location:   Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$12318.95

EXPENSES
$

If this is a chapter 13 case, the fees and expenses awarded:

☐     will not reduce the amount to be paid to general unsecured
      creditors under the plan.

☑     will reduce the amount to be paid to general unsecured
      creditors under the plan as follows: Plan payments will increase by $150 for the remaining 40 months of the plan.

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: June 16, 2020
JAN:

                                                                                  Jeanne Naughton
                                                                                  Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-30231-JKS
Fortunato Aguirre                                                       Chapter 13
Angela Huestipa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin                Page 1 of 3              Date Rcvd: Jun 16, 2020
                              Form ID: 137               Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 18, 2020.
```
db/jdb         +Fortunato Aguirre,   Angela Huestipa,   305 Madison Ave,   Apt 2,   Bridgeport, CT 06604-3237
cr             +DITECH FINANCIAL LLC,   Phelan Hallinan & Schmieg, PC,   400 Fellowship Road,   Suite 100,
                 Mt. Laurel, NJ 08054-3437
cr             +Ford Motor Credit Company, LLC, servicer for CAB E,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
cr             +HMC Assets, LLC, et al,   Stern & Eisenberg, PC,   1040 N. Kings Highway,   Suite 407,
                 Cherry Hill, NJ 08034-1925
cr             +SN Servicing Corporation, as servicer for U.S. Ban,   c/o Friedman Vartolo LLP,
                 1325 Franklin Avenue, Suite 230,   Garden City, NY 11530-1631
517806618     ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   PO Box 982238,   El Paso, TX  79998-2238)
517806620      BSI Financial Services,   PO Box 517314,   Titusville, PA 16354-0517
517860264     +Bank of America, N.A.,   P O Box 982284,   El Paso, TX 79998-2284
517806619      Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
517806622      Citibank NA,   PO Box 6181,   Sioux Falls, SD 57117-6181
517806623      Citicards CBNA,   PO Box 6241,   Sioux Falls, SD 57117-6241
517806624      Credence Resource Management LLC,   PO Box 2300,   Southgate, MI 48195-4300
517928227      DITECH FINANCIAL LLC,   DITECH FINANCIAL LLC,   P.O. BOX 6154,   RAPID CITY SD 57709-6154
517806628      DSNB/Macys,   PO Box 8218,   Mason, OH 45040-8218
517809594     ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
               (address filed with court: Ford Motor Credit Company LLC,   Dept. 55953,   PO Box 55000,
                 Detroit, MI 48255-0953)
517806629     #First Credit Services,   377 Hoes Ln Ste 200,   Piscataway, NJ 08854-4155
517806630      First Source,   205 Bryant Woods S,   Amherst, NY 14228-3609
517806631      Ford Motor Credit,   PO Box 542000,   Omaha, NE 68154-8000
518655900     +Ford Motor Credit Co., LLC, serv. for Cab East LLC,   P.O. Box 62180,
                 Colorado Springs, CO 80962-2180
517926463     +HMC ASSETS, LLC,   c/o BSI Financial Services, Inc.,   1425 Greenway Drive, Suite 400,,
                 Irving, TX 75038-2480
518656251      New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
517806632      Phelan Hallinan Diamond & Jones PC,   400 Fellowship Rd Ste 100,   Mount Laurel, NJ 08054-3437
517806633      Progressive Auto,   PO Box 7247-0311,   Philadelphia, PA 19170-0311
517806634      Retro Fitness,   6402 Kennedy Blvd W,   West New York, NJ 07093-5312
517806635      Select Portfolio Servicing,   10401 Deerwood Park Blvd,   Jacksonville, FL 32256-5007
517806637     ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Corp,   5005 N River Blvd NE,
                 Cedar Rapids, IA  52411-6634)
517924887     +Toyota Lease Trust,   c/o Toyota Motor Credit Corporation,   PO Box 9013,
                 Addison, Texas 75001-9013
517887922      Toyota Motor Credit Corporation,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern PA 19355-0701
518747053      U.S. Bank Trust National Association,   Select Portfolio Servicing, Inc.,   PO Box 65250,
                 Salt Lake City, UT 84165-0250
518341348      Wilmington Savings Fund Society,   Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609
518341349     +Wilmington Savings Fund Society,   Fay Servicing, LLC,   PO Box 814609,   Dallas, TX 75381-4609,
                 Wilmington Savings Fund Society,   Fay Servicing, LLC 75381-4609
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jun 16 2020 23:13:32     U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 16 2020 23:13:31     United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517806625      E-mail/Text: bankruptcy_notifications@ccsusa.com Jun 16 2020 23:13:49
                 Credit Collection Service,   PO Box 607,   Norwood, MA 02062-0607
517806626      E-mail/Text: mrdiscen@discover.com Jun 16 2020 23:12:57     Discover Fincl Svc LLC,
                 PO Box 15316,   Wilmington, DE 19850-5316
517929734      E-mail/Text: bnc-quantum@quantum3group.com Jun 16 2020 23:13:23
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
517819184      E-mail/Text: mrdiscen@discover.com Jun 16 2020 23:12:57     Discover Bank,
                 Discover Products Inc,   PO Box 3025,   New Albany, OH 43054-3025
517806621      E-mail/PDF: ais.chase.ebn@americaninfosource.com Jun 16 2020 23:19:31
                 Chase/Bank One Card Serv,   PO Box 15298,   Wilmington, DE 19850-5298
517910198      E-mail/PDF: resurgentbknotifications@resurgent.com Jun 16 2020 23:18:53     LVNV Funding, LLC,
                 Resurgent Capital Services,   PO Box 10587,   Greenville, SC 29603-0587
517929678     +E-mail/Text: jennifer.chacon@spservicing.com Jun 16 2020 23:13:53
                 SELECT PORTFOLIO SERVICING, INC,   PO BOX 65250,   SALT LAKE CITY UT 84165-0250
517806636      E-mail/PDF: ais.tmobile.ebn@americaninfosource.com Jun 16 2020 23:18:41     T-Mobile,
                 PO Box 742596,   Cincinnati, OH 45274-2596
517821408     +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2020 23:18:56     T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
```

```
District/off: 0312-2          User: admin                Page 2 of 3              Date Rcvd: Jun 16, 2020
                              Form ID: 137               Total Noticed: 45
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
518393056          +E-mail/Text: bknotices@snsc.com Jun 16 2020 23:13:49
                    US Bank Trust NA as Trustee of Igloo Series IV,   c/o SN Servicing Corporation,
                    323 Fifth Street,    Eureka, CA 95501-0305
518393057          +E-mail/Text: bknotices@snsc.com Jun 16 2020 23:13:49
                    US Bank Trust NA as Trustee of Igloo Series IV,   c/o SN Servicing Corporation,
                    323 Fifth Street,    Eureka, CA 95501,   US Bank Trust NA as Trustee of Igloo Ser,
                    c/o SN Servicing Corporation 95501-0305
517912415          +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 16 2020 23:18:56      Verizon,
                    by American InfoSource as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                                TOTAL: 14

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
518519620          DITECH FINANCIAL LLC
517810587*         ++FORD MOTOR CREDIT COMPANY,   P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                    (address filed with court: Ford Motor Credit Company, LLC,   PO BOX 62180,
                    COLORADO SPRINGS CO 80962-4400)
518656252*         New Residential Mortgage LLC,   P.O. Box 10826,   Greenville, SC 29603-0826
518663840*         SELECT PORTFOLIO SERVICING, INC.,   P.O. BOX 65250,   SALT LAKE CITY, UT 84165-0250
518745733*         SELECT PORTFOLIO SERVICING, INC.,   P.O. BOX 65250,   SALT LAKE CITY, UT 84165-0250
517806638*         ++TOYOTA MOTOR CREDIT CORPORATION,   PO BOX 8026,   CEDAR RAPIDS IA 52408-8026
                    (address filed with court: Toyota Motor Credit Corp.,   5005 N River Blvd NE,
                    Cedar Rapids, IA  52411-6634)
517806627          ##Ditech Financial, LLC,   PO Box 6172,   Rapid City, SD  57709-6172
                                                                                      TOTALS: 1, * 5, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 18, 2020                                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 15, 2020 at the address(es) listed below:
```
              Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL LLC ajennings@rasflaw.com
              Andrew L. Spivack     on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
              Cassandra C. Norgaard     on behalf of Joint Debtor Angela   Huestipa cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Cassandra C. Norgaard     on behalf of Debtor Fortunato   Aguirre cnorgaard@norgaardfirm.com,
               sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Jaclynn  McDonnell     on behalf of Joint Debtor Angela   Huestipa jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jaclynn  McDonnell     on behalf of Debtor Fortunato   Aguirre jmcdonnell@norgaardfirm.com,
               sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
               TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13
               bankruptcy@feinsuch.com
              John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
               EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
```

```
District/off: 0312-2           User: admin              Page 3 of 3             Date Rcvd: Jun 16, 2020
                               Form ID: 137             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
        Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Marie-Ann Greenberg    magecf@magtrustee.com
        Robert Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
        Shauna M Deluca    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com
        Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com
        Steven P. Kelly    on behalf of Creditor    HMC Assets, LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 17