| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | **Order Filed on July 10, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>Norgaard O'Boyle<br>184 Grand Avenue<br>Englewood, NJ  07631<br>Phone: (201) 871-1333<br>Counsel to Debtor<br>By:  Cassandra C. Norgaard, Esq. (CN - 8365) | |
| In Re:<br><br>FORTUNATO AGUIRRE and<br>ANGELA HUESTIPA<br><br>Debtor. | Case No.:   18-30231<br><br>Chapter:    13<br><br>Judge:       JKS |

### ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____11,578.50_____ for services rendered and expenses in the amount of $_____740.45_____ for a total of $_____12,318.95_____ . The allowance is payable:

 ☒  through the Chapter 13 plan as an administrative priority.

 ☐  outside the plan.

The debtor's monthly plan is modified to require a payment of $_____500_____ per month for _____39_____ months to allow for payment of the above fee.

*rev.8/1/15*