UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Norgaard O'Boyle
184 Grand Avenue
Englewood, NJ  07631
Phone: (201) 871-1333
Counsel to Debtor
By:  Cassandra C. Norgaard, Esq. (CN - 8365)

Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

FORTUNATO AGUIRRE and
ANGELA HUESTIPA

Debtor.

Case No.:  18-30231

Chapter:  13

Judge:  JKS

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: July 10, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Norgaard O'Boyle_____, the applicant, is allowed a fee of $ _____11,578.50_____ for services rendered and expenses in the amount of $_____740.45_____ for a total of $_____12,318.95_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____500_____ per month for _____39_____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Fortunato Aguirre  
Angela Huestipa  
       Debtors

Case No. 18-30231-JKS  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2     User: admin     Page 1 of 1     Date Rcvd: Jul 13, 2020  
                 Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2020.  
db/jdb      +Fortunato Aguirre,    Angela Huestipa,    305 Madison Ave,    Apt 2,    Bridgeport, CT 06604-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2020                                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 12, 2020 at the address(es) listed below:

        Aleisha Candace Jennings   on behalf of Creditor    DITECH FINANCIAL LLC ajennings@rasflaw.com  
        Andrew L. Spivack   on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
        Cassandra C. Norgaard   on behalf of Joint Debtor Angela  Huestipa cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        Cassandra C. Norgaard   on behalf of Debtor Fortunato  Aguirre cnorgaard@norgaardfirm.com, sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com  
        Denise E. Carlon   on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Jaclynn McDonnell   on behalf of Debtor Fortunato  Aguirre jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
        Jaclynn McDonnell   on behalf of Joint Debtor Angela  Huestipa jmcdonnell@norgaardfirm.com, sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com  
        Jill Manzo   on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 bankruptcy@feinsuch.com  
        John R. Morton, Jr.   on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com  
        Jonathan C. Schwalb   on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com  
        Kevin Gordon McDonald   on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
        Marie-Ann Greenberg   magecf@magtrustee.com  
        Robert Davidow   on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com  
        Shauna M Deluca   on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com  
        Sherri Jennifer Smith   on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com, nj.bkecf@fedphe.com  
        Steven P. Kelly   on behalf of Creditor    HMC Assets, LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com  
        U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov

                                                                                                     TOTAL: 17