Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fortunato Aguirre
dba LaFonda Restaurant, Inc.
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Angela Huestipa
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Social Security No.:
   xxx−xx−1832                                                  xxx−xx−3870

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 9/24/20 at 10:00 AM

to consider and act upon the following:

*126* − Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/17/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) (Greenberg, Marie−Ann)

*128* − Certification in Opposition to (related document:126 Certification of Default of Standing Trustee. re: Failure to Sell or Refinance Real Property or Complete Loan Modification Report. Filed by Marie−Ann Greenberg. Objection deadline is 8/17/2020. (Attachments: # 1 SELL/REFIN DEFAULT−Proposed Dismissal Order) filed by Trustee Marie−Ann Greenberg) filed by Cassandra C. Norgaard on behalf of Fortunato Aguirre, Angela Huestipa. (Norgaard, Cassandra)

Dated: 8/13/20

Jeanne Naughton
Clerk, U.S. Bankruptcy Court