| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY** | |
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>**Chapter 13 Standing Trustee** | Order Filed on September 25, 2020<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br><br>    FORTUNATO AGUIRRE<br>    ANGELA HUESTIPA | Case No.:  18-30231 JKS<br><br>Hearing Date:  9/24/2020 |

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 25, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): FORTUNATO AGUIRRE
ANGELA HUESTIPA

Case No.: 18-30231

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/24/2020 on notice to CASSANDRA C. NORGAARD, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must file modified plan by 10/14/2020 or the case will be dismissed; and it is further

- ORDERED, that if the Court's Docket does not reflect that a Modified Plan has been filed by the above referenced date, the instant Case shall be Dismissed without further Notice to Debtor or Debtor's Attorney.

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-30231-JKS
Fortunato Aguirre                                               Chapter 13
Angela Huestipa
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 1              Date Rcvd: Sep 25, 2020
                             Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 27, 2020.
db/jdb       +Fortunato Aguirre,   Angela Huestipa,   305 Madison Ave,   Apt 2,   Bridgeport, CT 06604-3237

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2020                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 25, 2020 at the address(es) listed below:
          Aleisha Candace Jennings    on behalf of Creditor    DITECH FINANCIAL LLC ajennings@rasflaw.com
          Andrew L. Spivack    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Cassandra C. Norgaard    on behalf of Joint Debtor Angela  Huestipa cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.co
           m
          Cassandra C. Norgaard    on behalf of Debtor Fortunato  Aguirre cnorgaard@norgaardfirm.com,
           sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.co
           m
          Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Jaclynn  McDonnell    on behalf of Debtor Fortunato  Aguirre jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com
          Jaclynn  McDonnell    on behalf of Joint Debtor Angela  Huestipa jmcdonnell@norgaardfirm.com,
           sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com
          Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC., as servicer for U.S. BANK
           TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13
           bankruptcy@feinsuch.com
          John R. Morton, Jr.    on behalf of Creditor    Ford Motor Credit Company, LLC, servicer for CAB
           EAST LLC ecfmail@mortoncraig.com,   mortoncraigecf@gmail.com
          Jonathan C. Schwalb    on behalf of Creditor    SN Servicing Corporation, as servicer for U.S. Bank
           Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com
          Kevin Gordon McDonald    on behalf of Creditor    Toyota Lease Trust kmcdonald@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Marie-Ann  Greenberg    magecf@magtrustee.com
          Robert  Davidow    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com
          Shauna M Deluca    on behalf of Creditor    NewRez LLC d/b/a Shellpoint Mortgage Servicing
           sdeluca@rasflaw.com
          Sherri Jennifer Smith    on behalf of Creditor    DITECH FINANCIAL LLC nj.bkecf@fedphe.com,
           nj.bkecf@fedphe.com
          Steven P. Kelly    on behalf of Creditor    HMC Assets, LLC, et al skelly@sterneisenberg.com,
           bkecf@sterneisenberg.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 17