Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fortunato Aguirre
dba LaFonda Restaurant, Inc.
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Angela Huestipa
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Social Security No.:
xxx−xx−1832          xxx−xx−3870

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on June 18, 2019.

On 10/7/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable John K. Sherwood on:

Date:              November 12, 2020
Time:              08:30 AM
Location:          Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: October 8, 2020
JAN: mff

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Fortunato Aguirre  
Angela Huestipa  
    Debtor(s)

Case No. 18-30231-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 4  
Date Rcvd: Oct 08, 2020      Form ID: 185      Total Noticed: 46

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fortunato Aguirre, Angela Huestipa, 305 Madison Ave, Apt 2, Bridgeport, CT 06604-3237 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Ford Motor Credit Company, LLC, servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | HMC Assets, LLC, et al, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SN Servicing Corporation, as servicer for U.S. Ban, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| 517806618 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517806620 | | BSI Financial Services, PO Box 517314, Titusville, PA 16354-0517 |
| 517860264 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517806619 | | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517806622 | | Citibank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 517806623 | | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517928227 | | DITECH FINANCIAL LLC, DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 517806628 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517809594 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 517806629 | # | First Credit Services, 377 Hoes Ln Ste 200, Piscataway, NJ 08854-4155 |
| 517806630 | | First Source, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 517806631 | | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 518655900 | + | Ford Motor Credit Co., LLC, serv. for Cab East LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 517926463 | + | HMC ASSETS, LLC, c/o BSI Financial Services, Inc., 1425 Greenway Drive, Suite 400,, Irving, TX 75038-2480 |
| 518656251 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517806632 | # | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 517806633 | | Progressive Auto, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 517806634 | | Retro Fitness, 6402 Kennedy Blvd W, West New York, NJ 07093-5312 |
| 517806635 | | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 517806637 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517924887 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517887922 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518747053 | | U.S. Bank Trust National Association, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518341348 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518341349 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society Fay Servicing, LLC 75381-4609 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Oct 08 2020 21:49:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 08 2020 21:49:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517806624 | Email/Text: bankruptcy@credencerm.com | Oct 08 2020 21:49:00 | Credence Resource Management LLC, PO Box 2300, Southgate, MI 48195-4300 |
| 517806625 | Email/Text: bankruptcy_notifications@ccsusa.com | Oct 08 2020 21:49:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 517806626 | Email/Text: mrdiscen@discover.com | Oct 08 2020 21:48:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517929734 | Email/Text: bnc-quantum@quantum3group.com | Oct 08 2020 21:49:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517819184 | Email/Text: mrdiscen@discover.com | Oct 08 2020 21:48:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517806621 | Email/PDF: ais.chase.ebn@americaninfosource.com | Oct 08 2020 21:47:21 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517910198 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 08 2020 21:46:39 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517929678 | + Email/Text: jennifer.chacon@spservicing.com | Oct 08 2020 21:50:00 | SELECT PORTFOLIO SERVICING, INC, PO BOX 65250, SALT LAKE CITY UT 84165-0250 |
| 517806636 | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Oct 08 2020 21:47:16 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517821408 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 21:47:30 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518956450 | + Email/Text: bknotices@snsc.com | Oct 08 2020 21:49:00 | U.S. Bank Trust National Association,, as Trustee Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518393057 | + Email/Text: bknotices@snsc.com | Oct 08 2020 21:49:00 | US Bank Trust NA as Trustee of Igloo Series IV, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, US Bank Trust NA as Trustee of Igloo Ser, c/o SN Servicing Corporation 95501-0305 |
| 518393056 | + Email/Text: bknotices@snsc.com | Oct 08 2020 21:49:00 | US Bank Trust NA as Trustee of Igloo Series IV, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517912415 | + Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Oct 08 2020 21:46:43 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 16

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518519620 | | DITECH FINANCIAL LLC |
| 517810587 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518656252 | * | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 518663840 | * | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518745733 | * | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 517806638 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 08, 2020 | Form ID: 185 | Total Noticed: 46 |

| 517806627 | ## | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| jdb | *+ | Angela Huestipa, 305 Madison Ave, Apt 2, Bridgeport, CT 06604-3237 |

TOTAL: 1 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2020        Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2020 at the address(es) listed below:

**Name**          **Email Address**

Aleisha Candace Jennings
  on behalf of Creditor DITECH FINANCIAL LLC ajennings@rasflaw.com

Andrew L. Spivack
  on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Cassandra C. Norgaard
  on behalf of Joint Debtor Angela Huestipa cnorgaard@norgaardfirm.com
  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
  on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com
  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
  on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Jaclynn McDonnell
  on behalf of Joint Debtor Angela Huestipa jmcdonnell@norgaardfirm.com
  sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jaclynn McDonnell
  on behalf of Debtor Fortunato Aguirre jmcdonnell@norgaardfirm.com
  sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jill Manzo
  on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 bankruptcy@feinsuch.com

John R. Morton, Jr.
  on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Jonathan C. Schwalb
  on behalf of Creditor SN Servicing Corporation  as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
  on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

Marie-Ann Greenberg
  magecf@magtrustee.com

Robert Davidow
  on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Shauna M Deluca
  on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Oct 08, 2020 | Form ID: 185 | Total Noticed: 46 |

Sherri Jennifer Smith
    on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com  nj.bkecf@fedphe.com

Steven P. Kelly
    on behalf of Creditor HMC Assets  LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 17