**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284**
**Chapter 13 Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ 07004-1550**
**973-227-2840**

IN RE:
  FORTUNATO AGUIRRE
  ANGELA HUESTIPA

Order Filed on November 13, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  18-30231 JKS**

**Hearing Date:  11/12/2020**

**Judge:  JOHN K. SHERWOOD**

**Debtor is Entitled To Discharge**

## ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

The relief set forth on the following pages, numbered 2 through 2 is hereby **ORDERED**.

**DATED: November 13, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s):   FORTUNATO AGUIRRE
             ANGELA HUESTIPA

Case No.:  18-30231 JKS

Caption of Order:        ORDER MODIFYING CHAPTER 13 PLAN POST CONFIRMATION

_____

The Plan of the Debtor having been proposed to creditors, and hearing having been held on the Confirmation of such Plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

- ORDERED, that the plan of the above named Debtor dated 10/7/2020, or as amended at the confirmation hearing is hereby confirmed.  The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the Debtor; and it is further

- ORDERED, that to the extent that the Debtor's plan contains motions to avoid judicial liens under 11 U.S.C. Section 522(f) and/or to avoid liens and reclassify claims in whole or in part, such motions are hereby granted, except as specified herein:

- ORDERED, that commencing 11/1/2018, the Debtor shall pay the Standing Trustee

    the sum of $75.00 for a period of 1 month(s), and then

    the sum of $350.00 for a period of 20 month(s), and then

    the sum of $500.00 for a period of 39 month(s), which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586. The unsecured creditors shall receive on a pro rata basis, the balance remaining from the payments set forth in this paragraph, after payment of all administrative, priority & secured claims (i.e., Pot Plan); and it is further

- ORDERED, that the Debtor must become current by 11/30/2020 or the case will be dismissed upon certification of the Standing Trustee with 14 days notice to debtor(s) and debtor's attorney; and it is further

- ORDERED, that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any discharged; and it is further

- ORDERED, that upon expiration of the Deadline to File a Proof of Claim, the Chapter 13 Standing Trustee may submit an Amended Order Confirming Plan upon notice to the Debtor, Debtor's attorney and any other party filing a Notice of Appearance.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 18-30231-JKS

Fortunato Aguirre                                                                         Chapter 13

Angela Huestipa
        Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-2                          User: admin                          Page 1 of 2
Date Rcvd: Nov 13, 2020                       Form ID: pdf903                       Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
             regulations require that automation-compatible mail display the correct ZIP.


**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2020:**

**Recip ID           Recipient Name and Address**
db/jdb           +  Fortunato Aguirre, Angela Huestipa, 305 Madison Ave, Apt 2, Bridgeport, CT 06604-3237


TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**


Date: Nov 15, 2020                 Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2020 at the address(es) listed below:**

**Name                          Email Address**

Aleisha Candace Jennings
                              on behalf of Creditor DITECH FINANCIAL LLC ajennings@rasflaw.com

Andrew L. Spivack
                              on behalf of Creditor DITECH FINANCIAL LLC andrew.spivack@brockandscott.com  wbecf@brockandscott.com

Cassandra C. Norgaard
                              on behalf of Joint Debtor Angela Huestipa cnorgaard@norgaardfirm.com
                              sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
                              on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com
                              sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
                              on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Jaclynn McDonnell

on behalf of Debtor Fortunato Aguirre jmcdonnell@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jaclynn McDonnell

on behalf of Joint Debtor Angela Huestipa jmcdonnell@norgaardfirm.com
sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jill Manzo

on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., as servicer for U.S. BANK TRUST NATIONAL
ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 bankruptcy@fskslaw.com

John R. Morton, Jr.

on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com,
mortoncraigecf@gmail.com

Jonathan C. Schwalb

on behalf of Creditor SN Servicing Corporation  as servicer for U.S. Bank Trust National Association as Trustee of the Igloo
Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald

on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg

magecf@magtrustee.com

Robert Davidow

on behalf of Creditor DITECH FINANCIAL LLC nj.bkecf@fedphe.com

Shauna M Deluca

on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@rasflaw.com

Sherri Jennifer Smith

on behalf of Creditor DITECH FINANCIAL LLC ssmith@pincuslaw.com  nj.bkecf@fedphe.com

Steven P. Kelly

on behalf of Creditor HMC Assets  LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 17