Form 137 − aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

   Fortunato Aguirre                                          Angela Huestipa
   dba LaFonda Restaurant, Inc.                305 Madison Ave
   305 Madison Ave                                Apt 2
   Apt 2                                             Bridgeport, CT 06604
   Bridgeport, CT 06604

Social Security No.:
   xxx−xx−1832                                     xxx−xx−3870

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

    NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:     4/1/21
Time:    10:00 AM
Location:    Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by debtor(s) or creditors is welcome, but not required.

    The following applications for compensation have been filed:

APPLICANT(S)
Norgaard, O'Boyle & Hannon, Debtor's Attorney

COMMISSION OR FEES
$3541.50

EXPENSES
$62.70

If this is a chapter 13 case, the fees and expenses awarded:

    ☐    will not reduce the amount to be paid to general unsecured creditors under the plan.

    ☑    will reduce the amount to be paid to general unsecured creditors under the plan as follows:

Debtor(s) or other parties who wish to object must file an objection not later than 7 days prior to the hearing date. Objections must be filed with the Court and served on the applicant and other interested parties.

An appearance is not required on an application for compensation unless an objection is filed.

Dated: March 8, 2021
JAN:

                                          Jeanne Naughton
                                          Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 18-30231-JKS

Fortunato Aguirre  Chapter 13

Angela Huestipa

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 4
Date Rcvd: Mar 08, 2021  Form ID: 137  Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Fortunato Aguirre, Angela Huestipa, 305 Madison Ave, Apt 2, Bridgeport, CT 06604-3237 |
| cr | + | DITECH FINANCIAL LLC, Phelan Hallinan & Schmieg, PC, 400 Fellowship Road, Suite 100, Mt. Laurel, NJ 08054-3437 |
| cr | + | Ford Motor Credit Company, LLC, servicer for CAB E, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| cr | + | HMC Assets, LLC, et al, Stern & Eisenberg, PC, 1040 N. Kings Highway, Suite 407, Cherry Hill, NJ 08034-1925 |
| cr | + | SN Servicing Corporation, as servicer for U.S. Ban, c/o Friedman Vartolo LLP, 1325 Franklin Avenue, Suite 230, Garden City, NY 11530-1631 |
| cr | + | Toyota Motor Credit Corporation, P.O. Box 340514, Tampa, FL 33694-0514 |
| 517806618 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 517806620 | | BSI Financial Services, PO Box 517314, Titusville, PA 16354-0517 |
| 517860264 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 517928227 | | DITECH FINANCIAL LLC, DITECH FINANCIAL LLC, P.O. BOX 6154, RAPID CITY SD 57709-6154 |
| 517809594 | ++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180 address filed with court:, Ford Motor Credit Company LLC, Dept. 55953, PO Box 55000, Detroit, MI 48255-0953 |
| 517806630 | | First Source, 205 Bryant Woods S, Amherst, NY 14228-3609 |
| 517806631 | | Ford Motor Credit, PO Box 542000, Omaha, NE 68154-8000 |
| 518655900 | + | Ford Motor Credit Co., LLC, serv. for Cab East LLC, P.O. Box 62180, Colorado Springs, CO 80962-2180 |
| 517926463 | + | HMC ASSETS, LLC, c/o BSI Financial Services, Inc., 1425 Greenway Drive, Suite 400,, Irving, TX 75038-2480 |
| 518656251 | | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |
| 517806632 | | Phelan Hallinan Diamond & Jones PC, 400 Fellowship Rd Ste 100, Mount Laurel, NJ 08054-3437 |
| 517806633 | | Progressive Auto, PO Box 7247-0311, Philadelphia, PA 19170-0311 |
| 517806634 | | Retro Fitness, 6402 Kennedy Blvd W, West New York, NJ 07093-5312 |
| 517806635 | | Select Portfolio Servicing, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-5007 |
| 517806637 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Corp, 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517924887 | + | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517887922 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 518747053 | | U.S. Bank Trust National Association, Select Portfolio Servicing, Inc., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 518341348 | | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609 |
| 518341349 | + | Wilmington Savings Fund Society, Fay Servicing, LLC, PO Box 814609, Dallas, TX 75381-4609, Wilmington Savings Fund Society Fay Servicing, LLC 75381-4609 |

TOTAL: 26

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 08 2021 21:41:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 08 2021 21:41:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 18-30231-JKS    Doc 153    Filed 03/10/21    Entered 03/11/21 00:18:30    Desc
Imaged Certificate of Notice    Page 4 of 6

| District/off: 0312-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 137 | Total Noticed: 46 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 517806619 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:11:02 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 517806622 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:11:03 | Citibank NA, PO Box 6181, Sioux Falls, SD 57117-6181 |
| 517806623 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:07:12 | Citicards CBNA, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 517806624 | | Email/Text: bankruptcy@credencerm.com | Mar 08 2021 21:42:00 | Credence Resource Management LLC, PO Box 2300, Southgate, MI 48195-4300 |
| 517806625 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 08 2021 21:42:00 | Credit Collection Service, PO Box 607, Norwood, MA 02062-0607 |
| 517806626 | | Email/Text: mrdiscen@discover.com | Mar 08 2021 21:39:00 | Discover Fincl Svc LLC, PO Box 15316, Wilmington, DE 19850-5316 |
| 517806628 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Mar 08 2021 23:07:12 | DSNB/Macys, PO Box 8218, Mason, OH 45040-8218 |
| 517929734 | | Email/Text: bnc-quantum@quantum3group.com | Mar 08 2021 21:41:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 517819184 | | Email/Text: mrdiscen@discover.com | Mar 08 2021 21:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 517806621 | | Email/PDF: ais.chase.ebn@americaninfosource.com | Mar 08 2021 23:06:52 | Chase/Bank One Card Serv, PO Box 15298, Wilmington, DE 19850-5298 |
| 517910198 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 08 2021 23:07:04 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517929678 | + | Email/Text: jennifer.chacon@spservicing.com | Mar 08 2021 21:42:00 | SELECT PORTFOLIO SERVICING, INC, PO BOX 65250, SALT LAKE CITY UT 84165-0250 |
| 517806636 | | Email/PDF: ais.tmobile.ebn@americaninfosource.com | Mar 08 2021 23:06:44 | T-Mobile, PO Box 742596, Cincinnati, OH 45274-2596 |
| 517821408 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 08 2021 23:09:11 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518956450 | + | Email/Text: bknotices@snsc.com | Mar 08 2021 21:42:00 | U.S. Bank Trust National Association,, as Trustee Chalet Series IV Trust, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 518393057 | + | Email/Text: bknotices@snsc.com | Mar 08 2021 21:42:00 | US Bank Trust NA as Trustee of Igloo Series IV, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501, US Bank Trust NA as Trustee of Igloo Ser, c/o SN Servicing Corporation 95501-0305 |
| 518393056 | + | Email/Text: bknotices@snsc.com | Mar 08 2021 21:42:00 | US Bank Trust NA as Trustee of Igloo Series IV, c/o SN Servicing Corporation, 323 Fifth Street, Eureka, CA 95501-0305 |
| 517912415 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | Mar 08 2021 23:09:06 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 20

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518519620 | | DITECH FINANCIAL LLC |
| 517810587 | *P++ | FORD MOTOR CREDIT COMPANY, P O BOX 62180, COLORADO SPRINGS CO 80962-2180, address filed with court:, Ford Motor Credit Company, LLC, PO BOX 62180, COLORADO SPRINGS CO 80962-4400 |
| 518656252 | * | New Residential Mortgage LLC, P.O. Box 10826, Greenville, SC 29603-0826 |

| District/off: 0312-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 08, 2021 | Form ID: 137 | Total Noticed: 46 |

| | | |
|---|---|---|
| 518663840 | * | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 518745733 | * | SELECT PORTFOLIO SERVICING, INC., P.O. BOX 65250, SALT LAKE CITY, UT 84165-0250 |
| 517806638 | *P++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026, address filed with court:, Toyota Motor Credit Corp., 5005 N River Blvd NE, Cedar Rapids, IA 52411-6634 |
| 517806627 | ## | Ditech Financial, LLC, PO Box 6172, Rapid City, SD 57709-6172 |
| 517806629 | ## | First Credit Services, 377 Hoes Ln Ste 200, Piscataway, NJ 08854-4155 |

TOTAL: 1 Undeliverable, 5 Duplicate, 2 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 10, 2021                Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 6, 2021 at the address(es) listed below:**

**Name**            **Email Address**

Aleisha Candace Jennings
                    on behalf of Creditor DITECH FINANCIAL LLC ajennings@raslg.com

Cassandra C. Norgaard
                    on behalf of Joint Debtor Angela Huestipa cnorgaard@norgaardfirm.com
                    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
                    on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com
                    sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon
                    on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com

Gavin Stewart
                    on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com

Jaclynn McDonnell
                    on behalf of Joint Debtor Angela Huestipa jmcdonnell@norgaardfirm.com
                    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jaclynn McDonnell
                    on behalf of Debtor Fortunato Aguirre jmcdonnell@norgaardfirm.com
                    sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Jill Manzo
                    on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 bankruptcy@fskslaw.com

John R. Morton, Jr.
                    on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com

Jonathan C. Schwalb
                    on behalf of Creditor SN Servicing Corporation  as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com

Kevin Gordon McDonald
                    on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com

Marie-Ann Greenberg
                    magecf@magtrustee.com

District/off: 0312-2            User: admin            Page 4 of 4

Date Rcvd: Mar 08, 2021            Form ID: 137            Total Noticed: 46

Shauna M Deluca
    on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com

Steven P. Kelly
    on behalf of Creditor HMC Assets  LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 15