| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with<br>D.N.J.LBR 9004-1**<br><br>**STEWART LEGAL GROUP, P.L.**<br>*Formed in the State of Florida*<br>Gavin N. Stewart, Esq.<br>*Of Counsel to Bonial & Associates, P.C.*<br>401 East Jackson Street, Suite 2340<br>Tampa, FL 33602<br>Tel: 813-371-1231/Fax: 813-371-1232<br>E-mail: gavin@stewartlegalgroup.com<br>*Attorney for Creditor* | Order Filed on March 15, 2021<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>Fortunato Aguirre<br>Dba LaFonda Restaurant, Inc.<br>Angela Huestipa<br><br>                                       Debtors. | Chapter: 13<br><br>Case No.: 18-30231-JKS<br><br>Hearing Date: February 11, 2021<br><br>Judge John K. Sherwood |

## ORDER VACATING AUTOMATIC STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 15, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Upon the motion of Toyota Motor Credit Corporation as servicer for Toyota Lease Trust ("movant"), under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

Personal property more fully described as:

**2018 TOYOTA RAV4;  VIN: 2T3RFREV2JW700291**

It is further **ORDERED** that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                                          Case No. 18-30231-JKS
Fortunato Aguirre                                                                                    Chapter 13
Angela Huestipa
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2             User: admin             Page 1 of 2
Date Rcvd: Mar 15, 2021          Form ID: pdf903         Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol         Definition**
+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 17, 2021:**

**Recip ID         Recipient Name and Address**
db/jdb          + Fortunato Aguirre, Angela Huestipa, 305 Madison Ave, Apt 2, Bridgeport, CT 06604-3237

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 17, 2021                Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 15, 2021 at the address(es) listed below:

**Name**                          **Email Address**
Aleisha Candace Jennings
                                  on behalf of Creditor DITECH FINANCIAL LLC ajennings@raslg.com

Cassandra C. Norgaard
                                  on behalf of Joint Debtor Angela Huestipa cnorgaard@norgaardfirm.com
                                  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
                                  on behalf of Debtor Fortunato Aguirre cnorgaard@norgaardfirm.com
                                  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Cassandra C. Norgaard
                                  on behalf of Attorney Norgaard  O'Boyle & Hannon cnorgaard@norgaardfirm.com,
                                  sferreira@norgaardfirm.com;184grandno@gmail.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com

Denise E. Carlon

Case 18-30231-JKS    Doc 157    Filed 03/17/21    Entered 03/18/21 00:19:30    Desc
Imaged Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 15, 2021 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Creditor Toyota Lease Trust dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Gavin Stewart | |
| | on behalf of Creditor Toyota Motor Credit Corporation bk@stewartlegalgroup.com |
| Jaclynn McDonnell | |
| | on behalf of Joint Debtor Angela Huestipa jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Jaclynn McDonnell | |
| | on behalf of Debtor Fortunato Aguirre jmcdonnell@norgaardfirm.com sferreira@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com |
| Jill Manzo | |
| | on behalf of Creditor SELECT PORTFOLIO SERVICING  INC., as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE FOR TOWD POINT MASTER FUNDING TRUST 2017-PM13 bankruptcy@fskslaw.com |
| John R. Morton, Jr. | |
| | on behalf of Creditor Ford Motor Credit Company  LLC, servicer for CAB EAST LLC ecfmail@mortoncraig.com, mortoncraigecf@gmail.com |
| Jonathan C. Schwalb | |
| | on behalf of Creditor SN Servicing Corporation  as servicer for U.S. Bank Trust National Association as Trustee of the Igloo Series IV Trust bankruptcy@friedmanvartolo.com |
| Kevin Gordon McDonald | |
| | on behalf of Creditor Toyota Lease Trust kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Marie-Ann Greenberg | |
| | magecf@magtrustee.com |
| Shauna M Deluca | |
| | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing sdeluca@raslg.com |
| Steven P. Kelly | |
| | on behalf of Creditor HMC Assets  LLC, et al skelly@sterneisenberg.com, bkecf@sterneisenberg.com |
| U.S. Trustee | |
| | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 16