| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Marie-Ann Greenberg MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee | Case No.: 18-30231 |
| IN RE:<br><br>FORTUNATO AGUIRRE<br>ANGELA HUESTIPA | Adv. No.:<br><br>Hearing Date:  12/09/2021<br><br>Judge:  JKS |

## CERTIFICATION OF SERVICE

1. I, Jackie Michaels, am a paralegal for Marie-Ann Greenberg, Chapter 13 Standing Trustee in the above captioned matter.

2. On, 11/08/2021, I sent a copy of the following pleadings and/or documents to the parties listed below:

    **Notice of Motion to Dismiss**

3. I hearby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Debtors:
FORTUNATO AGUIRRE
ANGELA HUESTIPA
305 MADISON AVE
APT 2
BRIDGEPORT, CT  06604
Mode of Service:  Regular Mail

Attorney for Debtor(s):
CASSANDRA C. NORGAARD
NORGAARD O'BOYLE
184 GRAND AVENUE
ENGLEWOOD, NJ  07631
Mode of Service:  ECF and/or Regular Mail

Dated:  November 08, 2021

By:  /S/  Jackie Michaels
     Jackie Michaels