UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

In Re:

Case No.: _____

Judge: _____

Chapter: 13

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1. ☐ Motion for Relief from the Automatic Stay filed by _____ , creditor,

    A hearing has been scheduled for _____, at _____.

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____, at _____.

    ☐ Certification of Default filed by _____,

    I am requesting a hearing be scheduled on this matter.

2. I oppose the above matter for the following reasons **(choose one)**:

    ☐ Payments have been made in the amount of $ _____, but have not been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☐ Other **(explain your answer)**:

3. This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4. I certify under penalty of perjury that the above is true.

Date: _____          _____
                                        Debtor's Signature

Date: _____          _____
                                        Debtor's Signature

**NOTES:**

1. Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2. Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*

**Your account will be debited $ 554.00 on the 12 Nov 2021**

**Online Payment ID:**     18302313870

**Payment Confirmation Number:**     8077055

**Payment Type: Single Payment**

**Payment Entered Date:** 10 Nov 2021

**Payment Date:  10 Nov 2021**

**Payment Effective Date:**     12 Nov 2021

**Payment Amount:**     $ 552.00

**Bank Processing Fee:**    $ 2.00

**Total Amount:  $ 554.00**

**Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 552.00 and $ 2.00**

**Your account will be debited $ 554.00 on the 10 Nov 2021**

**Online Payment ID:**     18302313870

**Payment Confirmation Number:**     8074903

**Payment Type: Single Payment**

**Payment Entered Date:** 09 Nov 2021

**Payment Date:  09 Nov 2021**

**Payment Effective Date:**     10 Nov 2021

**Payment Amount:**     $ 552.00

**Bank Processing Fee:**    $ 2.00

**Total Amount:  $ 554.00**

**Please note that this payment will be shown as two separate debits on your account, in the amounts of $ 552.00 and $ 2.00**