| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
|---|
| Marie-Ann Greenberg, MAG-1284<br>Marie-Ann Greenberg, Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840<br>Chapter 13 Standing Trustee |
| IN RE:<br><br>   FORTUNATO AGUIRRE<br>   ANGELA HUESTIPA |

Order Filed on December 10, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-30231 JKS

Hearing Date:  12/9/2021

## ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: December 10, 2021**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor(s): FORTUNATO AGUIRRE
ANGELA HUESTIPA

Case No.: 18-30231

Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 12/09/2021 on notice to CASSANDRA C. NORGAARD, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.