Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fortunato Aguirre
dba LaFonda Restaurant, Inc.
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Angela Huestipa
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Social Security No.:
xxx−xx−1832                                xxx−xx−3870

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 7/13/23 at 10:00 AM

to consider and act upon the following:

**167** − Fourth Application for Compensation for Norgaard, O'Boyle & Hannon, Debtor's Attorney, period: 1/19/2021 to 2/27/2023, fee: $955.00, expenses: $32.40. Filed by Cassandra C. Norgaard, Norgaard, O'Boyle & Hannon. Objection deadline is 6/27/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) (Norgaard, Cassandra)

**168** − Limited Objection to Fourth Application for Compensation (related document:167 Fourth Application for Compensation for Norgaard, O'Boyle & Hannon, Debtor's Attorney, period: 1/19/2021 to 2/27/2023, fee: $955.00, expenses: $32.40. Filed by Cassandra C. Norgaard, Norgaard, O'Boyle & Hannon. Objection deadline is 6/27/2023. (Attachments: # 1 Certification # 2 Exhibit # 3 Certificate of Service # 4 Proposed Order) filed by Attorney Norgaard, O'Boyle & Hannon) filed by Marie−Ann Greenberg on behalf of Marie−Ann Greenberg. (Attachments: # 1 Certificate of Service Attached) (Greenberg, Marie−Ann)

Dated: 6/22/23

Jeanne Naughton
Clerk, U.S. Bankruptcy Court