Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 18−30231−JKS
Chapter: 13
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Fortunato Aguirre
dba LaFonda Restaurant, Inc.
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Angela Huestipa
305 Madison Ave
Apt 2
Bridgeport, CT 06604

Social Security No.:
xxx−xx−1832                                xxx−xx−3870

Employer's Tax I.D. No.:

## FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: January 31, 2024            John K. Sherwood
                                   Judge, United States Bankruptcy Court